B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Southern District of Florida

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle): <br> A+ New York Restaurant Equipment, LLC | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years <br> (include married, maiden, and trade names): <br> DBA ChefMax of Miami; DBA eChefStore | All Other Names used by the Joint Debtor in the last 8 years <br> (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all) <br> 27-3901011 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): <br> 13275 NE 16th Avenue <br> Miami, FL  **ZIP Code: 33161** | Street Address of Joint Debtor (No. and Street, City, and State): <br> ZIP Code |
| County of Residence or of the Principal Place of Business: <br> Miami-Dade | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> ZIP Code | Mailing Address of Joint Debtor (if different from street address): <br> ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| B1 (Official Form 1)(04/13) | Page 2 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>A+ New York Restaurant Equipment, LLC |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>  Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**A+ New York Restaurant Equipment, LLC**

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
  Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X **/s/ Nicholas B. Bangos**
  Signature of Attorney for Debtor(s)

**Nicholas B. Bangos 0834238**
Printed Name of Attorney for Debtor(s)

**Nicholas B. Bangos, P.A.**
Firm Name

**100 S.E. 2nd Street**
**Suite 3400**
**Miami, FL 33131**

Address

                Email: nbangos@diazreus.com
**305-375-9220  Fax: 305-375-8050**
Telephone Number

**March  4, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Metin Adanir**
  Signature of Authorized Individual

**Metin Adanir**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**March  4, 2015**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   **A+ New York Restaurant Equipment, LLC**                              Case No.
                                          Debtor(s)                            Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Admiral Craft Equipment Corp.**<br>**516 Lansdowne Avenue**<br>**Camden, NJ 08104** | **Admiral Craft Equipment Corp.**<br>**516 Lansdowne Avenue**<br>**Camden, NJ 08104** | | | **16,052.97** |
| **Alamo Refrigeration, LP**<br>**631 North W. White Road**<br>**San Antonio, TX 78219** | **Alamo Refrigeration, LP**<br>**631 North W. White Road**<br>**San Antonio, TX 78219** | | | **19,000.00** |
| **Arctic Air**<br>**c/o Broich Enterprises**<br>**6440 City Parkway West**<br>**Eden Prairie, MN 55344** | **Arctic Air**<br>**c/o Broich Enterprises**<br>**6440 City Parkway West**<br>**Eden Prairie, MN 55344** | | | **93,813.17** |
| **B&G Distributing, Inc.**<br>**6080 Resources Drive**<br>**Memphis, TN 38134** | **B&G Distributing, Inc.**<br>**6080 Resources Drive**<br>**Memphis, TN 38134** | | | **90,000.00** |
| **Blodgett Corporation**<br>**44 Lakeside Avenue**<br>**Burlington, VT 05401** | **Blodgett Corporation**<br>**44 Lakeside Avenue**<br>**Burlington, VT 05401** | | | **17,251.42** |
| **Comstock-Castle Store, Co.**<br>**119 W. Washington Street**<br>**Quincy, IL 62301** | **Comstock-Castle Store, Co.**<br>**119 W. Washington Street**<br>**Quincy, IL 62301** | | | **15,307.36** |
| **Ebay**<br>**Whitman Campus**<br>**2065 Hamilton Avenue**<br>**San Jose, CA 95125** | **Ebay**<br>**Whitman Campus**<br>**2065 Hamilton Avenue**<br>**San Jose, CA 95125** | | | **140,000.00** |
| **Echo Global**<br>**395 Oyster Point Blvd.,**<br>**Suite 409**<br>**South San Francisco, CA 94080** | **Echo Global**<br>**395 Oyster Point Blvd.,**<br>**Suite 409**<br>**South San Francisco, CA 94080** | | | **40,000.00** |
| **Eurodib**<br>**1320 Route 9**<br>**P.O. Box 1798**<br>**Champlain, NY 12919** | **Eurodib**<br>**1320 Route 9**<br>**P.O. Box 1798**<br>**Champlain, NY 12919** | | | **32,069.62** |
| **Federal Express**<br>**3610 Hacks Cross Road**<br>**Memphis, TN 38125** | **Federal Express**<br>**3610 Hacks Cross Road**<br>**Memphis, TN 38125** | | | **17,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  A+ New York Restaurant Equipment, LLC            Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Hoshizaki Southeastern B.C., Inc.<br>618 Highway 74 South<br>Peachtree City, GA 30269 | Hoshizaki Southeastern B.C., Inc.<br>618 Highway 74 South<br>Peachtree City, GA 30269 | | | 35,483.22 |
| Metalfrio Solutions, Inc.<br>5925 Tri-County Parkway<br>Suite 150<br>Schertz, TX 78154 | Metalfrio Solutions, Inc.<br>5925 Tri-County Parkway<br>Suite 150<br>Schertz, TX 78154 | | | 131,888.00 |
| Migali Industries<br>516 Lansdowne Avenue<br>Camden, NJ 08104 | Migali Industries<br>516 Lansdowne Avenue<br>Camden, NJ 08104 | | | 99,826.02 |
| Moffat<br>3765 Champion Boulevard<br>Winston Salem, NC 27105 | Moffat<br>3765 Champion Boulevard<br>Winston Salem, NC 27105 | | | 22,955.95 |
| Norlake Industries<br>727 Second Street<br>P.O. Box 248<br>Hudson, WI 54016 | Norlake Industries<br>727 Second Street<br>P.O. Box 248<br>Hudson, WI 54016 | | | 46,118.99 |
| Skyfood Equipment<br>11900 Biscayne Blvd.,<br>Suite 616<br>Miami, FL 33181 | Skyfood Equipment<br>11900 Biscayne Blvd.,<br>Suite 616<br>Miami, FL 33181 | | | 90,000.00 |
| Star Manufacturing International, Inc.<br>10 Sunnen Drive<br>Saint Louis, MO 63143 | Star Manufacturing International, Inc.<br>10 Sunnen Drive<br>Saint Louis, MO 63143 | | | 28,211.66 |
| The Legacy Companies<br>3555 Enterprise Avenue<br>Suite 160<br>Fort Lauderdale, FL 33331 | The Legacy Companies<br>3555 Enterprise Avenue<br>Suite 160<br>Fort Lauderdale, FL 33331 | | | 337,662.39 |
| True Greater Texas Ice<br>3009 Claymore Park Drive<br>Houston, TX 77043 | True Greater Texas Ice<br>3009 Claymore Park Drive<br>Houston, TX 77043 | | | 94,167.16 |
| Turbo Air Inc.<br>4184 Conant street<br>Long Beach, CA 90808 | Turbo Air Inc.<br>4184 Conant street<br>Long Beach, CA 90808 | | | 188,822.99 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **A+ New York Restaurant Equipment, LLC**                     Case No.  _____
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March  4, 2015**                         Signature  **/s/ Metin Adanir**
                                                            **Metin Adanir**
                                                            **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                18 U.S.C. §§  152 and 3571.

Admiral Craft Equipment Corp.
516 Lansdowne Avenue
Camden, NJ 08104


Advance Tabco
200 Heartland Blvd.
Brentwood, NY 11717


Alamo Refrigeration, LP
631 North W. White Road
San Antonio, TX 78219


ALFA International
4 Kaysal Place
Armonk, NY 10504


Amana
6280 NW 27th Way
Fort Lauderdale, FL 33309


American Metalcraft, Inc.
2074 George Street
Melrose Park, IL 60160


Arctic Air
c/o Broich Enterprises
6440 City Parkway West
Eden Prairie, MN 55344


B&G Distributing, Inc.
6080 Resources Drive
Memphis, TN 38134


Bakers Pride
c/o Stndex Cooking Solutions Group
1307 N. Watters Road
Suite 180
Addison, TX 75001


Belleco, Inc.
P.O. Box 880
Saco, ME 04072

```
Blodgett Corporation
44 Lakeside Avenue
Burlington, VT 05401


Buffet Enahncment International, Inc.
P.O. Box 1000
Point Clear, AL 36564


Bunn-o-Matic Corp.
1400 Stevenson Drive
P.O. box 3227
Springfield, IL 62708


Cannonware Products
4684 Hwy 70 West
Kinston, NC 28504-3330


CecilWare Corporation
4305 20th Avenue
Astoria, NY 11105


ChefWorks
12325 Kerran Street
Poway, CA 92064


CMA Dish Machines
12700 Knott Street
Garden Grove, CA 92841


Comstock-Castle Store, Co.
119 W. Washington Street
Quincy, IL 62301


Conair Corporation
1 Cummings Point Road
Stamford, CT 06902-7901


Crest Manufacturing, Inc.
520 N. Redwood Rd
North Salt Lake, UT 84054
```

Crown-Verity, Inc.
37 Adams Blvd
Canada
N3S 7V8
Branford, ON


DM Transportation
40 Reading Avenue
Boyertown, PA 19512


Dormont Manufacturing Co.
6015 Enterprise Drive
Export, PA 15632


Dynamic   USA
1320 Route 9
P.O. Box 3322
Champlain, NY 12919


Ebay
Whitman Campus
2065 Hamilton Avenue
San Jose, CA 95125


Echo Global
395 Oyster Point Blvd.,
Suite 409
South San Francisco, CA 94080


Edlund Company, LLC.
159 Industrial Parkway
Burlington, VT 05401


Eurodib
1320 Route 9
P.O. Box 1798
Champlain, NY 12919


Excell Marketing & Procurement Group LLC
7900 East Union Avenue
Suite 975
Denver, CO 80237


Federal Express
3610 Hacks Cross Road
Memphis, TN 38125

```
Flash Furniture
4350 Ball Ground Highway
Canton, GA 30114


Fogel Group USA
831 East Cayuga Street
Philadelphia, PA 19124


Garland Commerical Range, Ltd.
1423 Austell Road
Marietta, GA 30008


Globe Food Equipment Co.
2153 Dryden Road
Dayton, OH 45439


Grossfillex, S.A.
230 Old West Penn Avenue
Robesonia, PA 19551


Hollowick, Inc.
100  Fairgrounds Drive
P.O. Box 305
Manlius, NY 13104


Hoshizaki Southeastern B.C., Inc.
618 Highway 74 South
Peachtree City, GA 30269


Krowne Metal Corporation
100 Haul Road
Wayne, NJ 07470


Lagasse, Inc.
1525 Kuebel Street
New Orleans, LA 70123


Lee B. Gartner, Esq.
5561 N. University Drive
Suite 103
Pompano Beach, FL 33067
```

Metalfrio Solutions, Inc.
5925 Tri-County Parkway
Suite 150
Schertz, TX 78154


Migali Industries
516 Lansdowne Avenue
Camden, NJ 08104


Moffat
3765 Champion Boulevard
Winston Salem, NC 27105


Nemco Food Equipment, LLC.
301 Meuse Argonne
P.O. Box 305
Hicksville, OH 43526


Norlake  Industries
727 Second Street
P.O. Box 248
Hudson, WI 54016


Parragon
731 W 18th Street
P.O. Box 560
Nevada, IA 50201


Perfect Fry
Route 3
Bow, NH 03304


Pitco Magic Kitchen
Route 3
Bow, NH 03304


Rahamin Management LLC.
1805 NE 142 Road
Miami, FL 33181


RF Hunter
113 Crosby Blvd
Suite #9
Dover, NH 03820

Skyfood Equipment
11900 Biscayne Blvd.,
Suite 616
Miami, FL 33181


Southbend
1100 Old Honeycutt Road
Clayton, NC 27527-9312


Star Manufacturing International, Inc.
10 Sunnen Drive
Saint Louis, MO 63143


The Legacy Companies
3555 Enterprise Avenue
Suite 160
Fort Lauderdale, FL 33331


The Vollrath Company, LLC
1236 North 18th Street
Sheboygan, WI 53082-0611


TMA, Inc.
435 Harding Industrial Drive
Nashville, TN 37211


True Greater Texas Ice
3009 Claymore Park Drive
Houston, TX 77043


Turbo Air Inc.
4184 Conant street
Long Beach, CA 90808


Uniworld Persada International, Inc.
4841 Easern Avenue
Bell Gardens, CA 90201


Update International
5801 S. Boyle Avenue
Bell Gardens, CA 90201


Winco DWL Industries, Co.
65 Industrial Road
Lodi, NJ 07644

```
Winston Industries, LLC.
2346 Carton Drive
Louisville, KY 40299
```