B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   A+ New York Restaurant Equipment, LLC
                                      Debtor(s)

Case No. _____
Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Admiral Craft Equipment Corp.<br>516 Lansdowne Avenue<br>Camden, NJ 08104 | Admiral Craft Equipment Corp.<br>516 Lansdowne Avenue<br>Camden, NJ 08104 | | | 16,052.97 |
| Alamo Refrigeration, LP<br>631 North W. White Road<br>San Antonio, TX 78219 | Alamo Refrigeration, LP<br>631 North W. White Road<br>San Antonio, TX 78219 | | | 19,000.00 |
| Arctic Air<br>c/o Broich Enterprises<br>6440 City Parkway West<br>Eden Prairie, MN 55344 | Arctic Air<br>c/o Broich Enterprises<br>6440 City Parkway West<br>Eden Prairie, MN 55344 | | | 93,813.17 |
| B&G Distributing, Inc.<br>6080 Resources Drive<br>Memphis, TN 38134 | B&G Distributing, Inc.<br>6080 Resources Drive<br>Memphis, TN 38134 | | | 90,000.00 |
| Blodgett Corporation<br>44 Lakeside Avenue<br>Burlington, VT 05401 | Blodgett Corporation<br>44 Lakeside Avenue<br>Burlington, VT 05401 | | | 17,251.42 |
| Comstock-Castle Store, Co.<br>119 W. Washington Street<br>Quincy, IL 62301 | Comstock-Castle Store, Co.<br>119 W. Washington Street<br>Quincy, IL 62301 | | | 15,307.36 |
| Ebay<br>Whitman Campus<br>2065 Hamilton Avenue<br>San Jose, CA 95125 | Ebay<br>Whitman Campus<br>2065 Hamilton Avenue<br>San Jose, CA 95125 | | | 140,000.00 |
| Echo Global<br>395 Oyster Point Blvd.,<br>Suite 409<br>South San Francisco, CA 94080 | Echo Global<br>395 Oyster Point Blvd.,<br>Suite 409<br>South San Francisco, CA 94080 | | | 40,000.00 |
| Eurodib<br>1320 Route 9<br>P.O. Box 1798<br>Champlain, NY 12919 | Eurodib<br>1320 Route 9<br>P.O. Box 1798<br>Champlain, NY 12919 | | | 32,069.62 |
| Federal Express<br>3610 Hacks Cross Road<br>Memphis, TN 38125 | Federal Express<br>3610 Hacks Cross Road<br>Memphis, TN 38125 | | | 17,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   A+ New York Restaurant Equipment, LLC   Case No.  _____
　　　　　　　　　　　　　Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Hoshizaki Southeastern B.C., Inc.<br>618 Highway 74 South<br>Peachtree City, GA 30269 | Hoshizaki Southeastern B.C., Inc.<br>618 Highway 74 South<br>Peachtree City, GA 30269 | | | 35,483.22 |
| Metalfrio Solutions, Inc.<br>5925 Tri-County Parkway<br>Suite 150<br>Schertz, TX 78154 | Metalfrio Solutions, Inc.<br>5925 Tri-County Parkway<br>Suite 150<br>Schertz, TX 78154 | | | 131,888.00 |
| Migali Industries<br>516 Lansdowne Avenue<br>Camden, NJ 08104 | Migali Industries<br>516 Lansdowne Avenue<br>Camden, NJ 08104 | | | 99,826.02 |
| Moffat<br>3765 Champion Boulevard<br>Winston Salem, NC 27105 | Moffat<br>3765 Champion Boulevard<br>Winston Salem, NC 27105 | | | 22,955.95 |
| Norlake Industries<br>727 Second Street<br>P.O. Box 248<br>Hudson, WI 54016 | Norlake Industries<br>727 Second Street<br>P.O. Box 248<br>Hudson, WI 54016 | | | 46,118.99 |
| Skyfood Equipment<br>11900 Biscayne Blvd.,<br>Suite 616<br>Miami, FL 33181 | Skyfood Equipment<br>11900 Biscayne Blvd.,<br>Suite 616<br>Miami, FL 33181 | | | 90,000.00 |
| Star Manufacturing International, Inc.<br>10 Sunnen Drive<br>Saint Louis, MO 63143 | Star Manufacturing International, Inc.<br>10 Sunnen Drive<br>Saint Louis, MO 63143 | | | 28,211.66 |
| The Legacy Companies<br>3555 Enterprise Avenue<br>Suite 160<br>Fort Lauderdale, FL 33331 | The Legacy Companies<br>3555 Enterprise Avenue<br>Suite 160<br>Fort Lauderdale, FL 33331 | | | 337,662.39 |
| True Greater Texas Ice<br>3009 Claymore Park Drive<br>Houston, TX 77043 | True Greater Texas Ice<br>3009 Claymore Park Drive<br>Houston, TX 77043 | | | 94,167.16 |
| Turbo Air Inc.<br>4184 Conant street<br>Long Beach, CA 90808 | Turbo Air Inc.<br>4184 Conant street<br>Long Beach, CA 90808 | | | 188,822.99 |

B4 (Official Form 4) (12/07) - Cont.

In re   A+ New York Restaurant Equipment, LLC                              Case No.   _____
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March 4, 2015**                              Signature  **/s/ Metin Adanir**
                                                                 **Metin Adanir**
                                                                 **Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.